```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 22879
    BRENDA K TUCKER
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-0143

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/08/05 and confirmed on 08/12/05.

    2.  The case was dismissed after confirmation, 06/27/2008.

    3.  The Debtor paid a total of $  38400.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
WELLS FARGO HOME MTGE    CURRENT MORTG          .00            .00             .00
WELLS FARGO HOME MTGE    MORTGAGE ARRE     14180.00            .00        14180.00
AMERICREDIT FINANCIAL    SECURED           25000.00        3882.43        18849.97
COUNTRYSIDE ROOFING SIDI UNSECURED         NOT FILED           .00             .00
AMERICREDIT FINANCIAL    UNSECURED           599.76            .00             .00
JOSEPH E COHEN           CO-COUNSEL            .00             .00             .00
        Summary of disbursements:
------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED   39180.00         .00       599.76         .00       39779.76
PRINCIPAL PAID       33029.97         .00          .00         .00       33029.97
INTEREST PAID         3882.43         .00          .00         .00        3882.43
TOTAL PAID           36912.40         .00          .00         .00       36912.40
The Debtor's attorney, COHEN & KROL                   , was allowed $          .00
and was paid $         .00 .

The Trustee received $   1487.60 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 09/09/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 05 B 22879 BRENDA K TUCKER
```